IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v : | Crim. No. 03-cr-331-14 (CKK) |
| : | |
| WALDEMAR LORENZANA-CORDON : | |

COUNSEL'S MOTION TO WITHDRAW

Undersigned counsel for Defendant Waldemar Lorenzana-Cordon respectfully requests that this Court (1) permit him to withdraw as counsel pursuant to the *explicit request of Defendant*, and (2) schedule a status hearing to ascertain the situation as to counsel for Defendant. As grounds therefore, counsel hereby states the following:

1. Defendant and his brother, Eliu Lorenzana-Cordon, were each convicted on March 22, 2016 of one count of conspiracy to import five kilograms of cocaine into the United States. Defendant was represented at trial by Mr. Ron Earnest, Esq. Undersigned counsel entered his appearance as retained counsel on April 18, 2016. Counsel submitted various post-trial pleadings on behalf of Defendant to include a motion for new trial. The Court denied that motion on June 2, 2017. Sentencing is now set for September 27, 2017.

2. On August 3, 2017, counsel called Defendant at the Rappahannock Regional Jail where he is incarcerated. Counsel made that call as a result of messages from Defendant and his family that it was urgent that counsel call Defendant. During that

1

telephone call, Defendant informed counsel that he no longer wanted counsel to represent him. Defendant directed counsel not to file anything on his behalf. Defendant subsequently sent counsel a letter reaffirming his intentions.

3. Counsel does not know the precise reasons why Defendant no longer wishes his services, however, there have been disagreements about how Defendant wants his case handled and what he expects from counsel.

4. In both the telephone call and the letter, Defendant stated that he intended to retain Mr. Robert Cappell, the current counsel for his brother. Counsel has spoken to Mr. Cappell who stated that he had not heard from the family that they wanted him to also represent Defendant. (Counsel gave permission to Mr. Cappell to meet with Defendant without counsel being present.) It is unclear if Mr. Cappell can represent both brothers, if he wishes to do so, and if Defendant's family can and will pay Mr. Cappell's fee. For that reason, counsel suggests a *status hearing* be scheduled to rule on this motion and hear from Defendant and also from Mr. Cappell, if necessary. Counsel asks that any such hearing be scheduled after August 22, 2017 as counsel will be away until then.

WHEREFORE , for the above reasons, reasons, as well as those set forth in the attached Memorandum of Points and Authorities, undersigned counsel respectfully requests that this Court (1) permit him to withdraw as counsel, and (2) schedule a status hearing to ascertain the situation as to counsel for Defendant.

3

        Respectfully submitted

           /s/

Richard K. Gilbert
Bar. No. 939884
100 "M" Street, S.E.
Suite 600
Washington, D.C.  20003
(202) 749-8627
rkgesq@juno.com

Attorney for Defendant
    Waldemar Lorenzana-Cordon

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No. 03-cr-331-14 (CKK) |
| | : | |
| WALDEMAR LORENZANA-CORDON | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL

1. Local Criminal Rule 45.5 of this Court's Local Rules requires approval of the Court to withdraw as counsel.

2. District of Columbia Rule of Professional Conduct 1.16 governs withdrawal by counsel. Paragraph (b)(5) of Rule 1.16 permits the Court to find other "good cause" for withdrawal. Since sentencing is the stage of a criminal case when the Court's discretion is perhaps the greatest, it is vital that counsel and Defendant be able to agree on both strategy and tactics. Given Defendant's unwillingness to accept counsel's representation, and thus his advice, appointment of new counsel is appropriate.

Respectfully submitted

/s/

Richard K. Gilbert
Bar. No. 939884
100 "M" Street, S.E.
Suite 600
Washington, D.C. 20003
(202) 749-8627
rkgesq@juno.com

Attorney for Defendant
    Waldemar Lorenzana-Cordon

4

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion To Withdraw As Counsel was served by the Court's ECF system on counsel for the United States and counsel for other defendants and by first class mail, postage prepaid, on Defendant at the Rappahannock Regional Jail, P.O. Box 3000, Stafford, VA 22555, this 11th day of August, 2017.

/s/
_____
Richard K. Gilbert