**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | )    **Case No.: 03-CR-00331  (CKK)** |
| | ) |
| **WALDEMAR LORENZANA-CORDON** | ) |
| | ) |
| **Defendant.** | ) |

---

**NOTICE OF APPEAL**

COMES NOW the defendant in the above captioned case, Waldemar Lorenzana-Cordon, by and through counsel, Daniel T. Lopez, and hereby notes his appeal to the United States Court of Appeals for the District of Columbia from the final judgment entered on  May 15, 2018 wherein the court sentenced the defendant on Count one of the superseding indictment for violation of 21 USC Section 952, 960(b)(1)(B)(ii) of conspiring to manufacture, distribute and import more than five kilograms of cocaine into the United States, and intending and knowing that the cocaine will be unlawfully imported into the United States and aiding and abetting to  life in prison, ten (10) years mandatory minimum, followed by Supervised Release Period of Sixty (60) Month and a Special Assessment of $100.00.

The defendant is currently incarcerated at the Rappahannock Regional Jail, 1745 Jefferson Davis Highway, Stafford Virginia 22554.

Respectfully submitted,

**WALDEMAR LORENZANA-CORDON**
By Counsel

_____/s/_____
Daniel T. Crowe Lopez
VA BAR 40345
Counsel for Lorenzana-Cordon
Briglia Hundley, PC
1921 Gallows Road
Suite 750
Vienna, VA 22182
Office 703-883-0880
fax 703-883-0899
dlopez@bhnklaw.com