UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>WALDEMAR LORENZANA-CORDON, )<br>ELIU LORENZANA-CORDON, )<br>)<br>Defendants. )<br>) | CASE NUMBER: 03-331 (CKK) |

## ORDER

Upon motion of the parties, it is hereby:

**ORDERED** that the deadline for filing the Government's response(s) to Defendants' motions to Vacate, Set Aside, or Correct their Sentences scheduled for July 12 and 18, 2022, is VACATED; and

**IT IS FURTHER ORDERED** that the Government file its response(s) to the Defendants' motions to Vacate, Set Aside, or Correct their Sentences on September 15, 2022, and Defendants' replies, if any, are due on October 6, 2022, and

**IT IS FURTHER ORDERED** that the Government's Opposition to the Defendant's Motion to Dismiss Based Upon the Statue of Limitations, dated November 9, 2016, ECF No. [883-2]) be unsealed.

DATED: 7/13/2022

HON. COLLEEN KOLLAR-KOTELLY
United States District Judge