IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Crim. No 03-0331-14 (CKK) |
| | : | |
| WALDEMAR LORENZANA-CORDON, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF WITHDRAWAL OF PRO SE MOTION**

Defendant Waldemar Lorenzana-Cordon hereby withdraws, without prejudice, his *pro se* motion to vacate his sentence under 28 U.S.C. § 2255 which he filed on January 12, 2022. ECF Doc. No. 1166.

Respectfully submitted,

 /S/ *Kristen Grim Hughes*
Kristen Grim Hughes, D.C. Bar No. 456171
LAW OFFICE OF KRISTEN GRIM HUGHES
1390 Chain Bridge Road, Suite 530
McLean, Virginia 22101
(703) 356-2629 phone
kghughes@hotmail.com

1